**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| PROFECTUS TECHNOLOGY LLC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 6:11-cv-00474-LED |
| ) | |
| HUAWEI TECHNOLOGIES CO., LTD.; ) | JURY TRIAL DEMANDED |
| HUAWEI TECHNOLOGIES USA, INC; ) | |
| HUAWEI DEVICE USA INC.; ) | |
| HUAWEI TECHNOLOGIES, INC.; ) | |
| DELL INC.; RESEARCH IN MOTION ) | |
| CORP.; XPLORE TECHNOLOGIES CORP ) | |
| APPLE INC.; PARROT INC.; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, ) | |
| LLC; SAMSUNG ELECTRONICS ) | |
| AMERICA, INC.; PANASONIC ) | |
| CORPORATION OF NORTH AMERICA; ) | |
| MOTION COMPUTING, INC.; FLAT ) | |
| COMPUTING, LLC; GIINII ) | |
| INTERNATIONAL CORP.; EASTMAN ) | |
| KODAK COMPANY; ) | |
| ) | |
|     Defendants. ) | |

## HUAWEI TECHNOLOGIES CO., LTD'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei Technologies Co., Ltd. states that it is a wholly owned subsidiary of Huawei Investment & Holding Co., Ltd. and that no publicly held company owns 10% or more of Huawei Technologies Co., Ltd.'s stock.

This 3rd day of January 2012.

        Respectfully Submitted,

        s/ Bryan G. Harrison
        Bryan G. Harrison
        Texas State Bar No. 9112600
        **MORRIS MANNING & MARTIN LLP**
        3433 Peachtree Road, N.E.
        1600 Atlanta Financial Center
        Atlanta, Georgia 30326
        bgh@mmmlaw.com
        Telephone: (404) 233-7000
        Facsimile: (404) 365-9532

        Jeffrey M. Cox
        **HARTLINE DACUS BARGER DREYER LLP**
        6688 N. Central Expressway
        Suite 1000
        Dallas, Texas 75206
        jcox@hdbdlaw.com
        Telephone: (214) 369-2100
        Facsimile: (214)267-4213

        Counsel for Defendant Huawei Technologies Co., Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of January, 2012, with a copy of the HUAWEI TECHNOLOGIES CO., LTD'S CORPORATE DISCLOSURE STATEMENT via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this date.

/s/ Bryan G. Harrison
Bryan G. Harrison