IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Profectus Technology LLC,<br><br>　　　　　*Plaintiff*,<br>v.<br><br>Huawei Technologies Co., Ltd.,<br>Huawei Technologies USA Inc.,<br>Huawei Device USA Inc.,<br>Futurewei Technologies, Inc.,<br>Dell Inc.,<br>Research In Motion Corporation,<br>Xplore Technologies Corp.,<br>Apple Inc.,<br>Parrot Inc.,<br>Samsung Telecommunications America, LLC,<br>Samsung Electronics America, Inc.,<br>Panasonic Corporation of North America,<br>Motion Computing, Inc.,<br>Flat Computing, LLC,<br>GiiNii International Corp., and<br>Eastman Kodak Company,<br><br>　　　　　*Defendants*. | Case No. 6:11-cv-00474-LED<br><br>**Jury Trial Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Profectus Technology LLC voluntarily dismisses without prejudice its claims against defendant Xplore Technologies Corp.

Dated: February 3, 2012. Respectfully submitted,

/s/ *Steven E. Ross*
Steven E. Ross
Lead Attorney
Texas State Bar No. 17305500
sross@rossipg.com

**ROSS IP GROUP PLLC**
1700 Pacific Ave., Suite 3750
Dallas, Texas 75201
Phone: 972-661-9400
Facsimile: 972-661-9401

**ATTORNEYS FOR PLAINTIFF
PROFECTUS TECHNOLOGY LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Federal Rule of Civil Procedure 5 and Local Rule CV-5(a)(3) on February 3, 2012. The undersigned also certifies that a copy of this document is being served via First Class U.S. Mail, postage prepaid, upon the following on February 3, 2012:

Flat Computing, LLC
c/o Alan W. Goldsberry
12407 Brushy Hollow
Austin, TX 78750.

/s/ *Steven E. Ross*
Steven E. Ross

2