# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Profectus Technology LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**Huawei Technologies Co., Ltd.,**<br>**Huawei Technologies USA Inc.,**<br>**Huawei Device USA Inc.,**<br>**Futurewei Technologies, Inc.,**<br>**Dell Inc.,**<br>**Research In Motion Corporation,**<br>**Xplore Technologies Corp.,**<br>**Apple Inc.,**<br>**Parrot Inc.,**<br>**Samsung Telecommunications America, LLC,**<br>**Samsung Electronics America, Inc.,**<br>**Panasonic Corporation of North America,**<br>**Motion Computing, Inc.,**<br>**Flat Computing, LLC,**<br>**GiiNii International Corp., and**<br>**Eastman Kodak Company**,<br><br>*Defendants*. | Case No. 6:11-cv-00474-LED<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendant Flat Computing LLC have been settled, and pursuant to Federal Rule of Civil Procedure 41(a)(2), those parties hereby jointly move the Court to dismiss those claims and counterclaims with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 27, 2012.                                    Respectfully submitted,

| | |
|---|---|
| /s/ Alan W. Goldsberry | /s/ Steven E. Ross |
| Alan W. Goldsberry | Steven E. Ross |
| Representative Charged with | Lead Attorney |
| Winding Down Flat Computing, LLC | Texas State Bar No. 17305500 |
| agoldsberry@austin.rr.com | sross@rossipg.com |
| 12407 Brushy Hollow | **ROSS IP GROUP PLLC** |
| Austin, Texas 78750 | 1700 Pacific Ave., Suite 3750 |
| Phone: 512-258-8352 | Dallas, Texas 75201 |
| | Phone: 972-661-9400 |
| **DEFENDANT FLAT COMPUTING, LLC** | Fax: 972-661-9401 |
| | |
| | **ATTORNEYS FOR PLAINTIFF PROFECTUS TECHNOLOGY LLC** |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Federal Rule of Civil Procedure 5 and Local Rule CV-5(a)(3) on April 27, 2012. The undersigned also certifies that a copy of this document is being served via email and First Class U.S. Mail, postage prepaid, upon the following on April 27, 2012:

    Flat Computing, LLC
    c/o Alan W. Goldsberry
    agoldsberry@austin.rr.com
    12407 Brushy Hollow
    Austin, TX 78750.

                                                                   /s/ Steven E. Ross
                                                                   Steven E. Ross