**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **Profectus Technology LLC,**<br><br>　　　*Plaintiff*,<br>v.<br><br>**Huawei Technologies Co., Ltd.,**<br>**Huawei Technologies USA Inc.,**<br>**Huawei Device USA Inc.,**<br>**Futurewei Technologies, Inc.,**<br>**Dell Inc.,**<br>**Research In Motion Corporation,**<br>**Xplore Technologies Corp.,**<br>**Apple Inc.,**<br>**Parrot Inc.,**<br>**Samsung Telecommunications America, LLC,**<br>**Samsung Electronics America, Inc.,**<br>**Panasonic Corporation of North America,**<br>**Motion Computing, Inc.,**<br>**Flat Computing, LLC,**<br>**GiiNii International Corp., and**<br>**Eastman Kodak Company**,<br><br>　　　*Defendants*. | Case No. 6:11-cv-00474-LED<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendant Research In Motion Corporation have been settled and, pursuant to Fed. R. Civ. P. 41(a)(2), those parties hereby jointly move the Court to dismiss those claims and counterclaims with prejudice and with each party to bear its own costs, expenses, and attorneys' fees. This stipulated dismissal with prejudice is pursuant to plaintiff Profectus Technology LLC and defendant Research In Motion Corporation's settlement agreement entered in August of 2012.

Dated:  September 11, 2012.                              Respectfully submitted,

| | |
|---|---|
| /s/ *Steven E. Ross* | /s/ *David B. Weaver* |
| Steven E. Ross | David B. Weaver |
| Lead Attorney | Lead Attorney |
| Texas State Bar No. 17305500 | Texas State Bar No. 00798576 |
| sross@rossipg.com | dweaver@velaw.com |
| Samuel E. Joyner | **VINSON & ELKINS L.L.P.** |
| Texas Bar No. 24036865 | 2801 Via Fortuna, Suite 100 |
| sjoyner@rossipg.com | Austin, Texas 78746 |
| **ROSS IP GROUP PLLC** | Phone: 512-542-8651 |
| 1700 Pacific Ave., Suite 3750 | Facsimile: 512-236-3476 |
| Dallas, Texas 75201 | |
| Phone: 972-661-9400 | William L. LaFuze |
| Facsimile: 972-661-9401 | Texas State Bar No. 11792500 |
| | wlafuze@velaw.com |
| | Steven R. Borgman |
| Wesley Hill | Texas State Bar No. 02670300 |
| Texas State Bar No. 24032294 | sborgman@velaw.com |
| wh@wsfirm.com | **VINSON & ELKINS L.L.P.** |
| **WARD & SMITH LAW FIRM** | First City Tower |
| P.O. Box 1231 | 1001 Fannin Street, Suite 2500 |
| 1127 Judson Rd., Ste. 220 | Houston, Texas 77002 |
| Longview, Texas 75606-1231 | Phone: 713-758-2595 |
| Phone: 903-757-6400 | Facsimile: 713-615-5317 |
| | |
| **ATTORNEYS FOR PLAINTIFF PROFECTUS TECHNOLOGY LLC** | **ATTORNEYS FOR DEFENDANT RESEARCH IN MOTION CORPORATION** |

## **CERTIFICATE OF SERVICE**

   In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5(a), I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on September 11, 2012.

                /s/ *Steven E. Ross*
                Steven E. Ross