**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **Profectus Technology LLC,**<br><br>          *Plaintiff*,<br>v.<br><br>**Huawei Technologies Co., Ltd.,**<br>**Huawei Technologies USA Inc.,**<br>**Huawei Device USA Inc.,**<br>**Futurewei Technologies, Inc.,**<br>**Dell Inc.,**<br>**Research In Motion Corporation,**<br>**Xplore Technologies Corp.,**<br>**Apple Inc.,**<br>**Parrot Inc.,**<br>**Samsung Telecommunications America, LLC,**<br>**Samsung Electronics America, Inc.,**<br>**Panasonic Corporation of North America,**<br>**Motion Computing, Inc.,**<br>**Flat Computing, LLC,**<br>**GiiNii International Corp., and**<br>**Eastman Kodak Company**,<br><br>          *Defendants*. | Case No. 6:11-cv-00474-LED<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendant GiiNii International Corporation have been settled and, pursuant to Fed. R. Civ. P. 41(a)(2), those parties hereby jointly move the Court to dismiss those claims and counterclaims with prejudice and with each party to bear its own costs, expenses, and attorneys' fees. This stipulated dismissal with prejudice is pursuant to plaintiff Profectus Technology LLC and defendant GiiNii International Corporation's settlement agreement entered in September of 2012.

1

Dated:  September 25, 2012.                                   Respectfully submitted,

/s/ *Steven E. Ross*                                          /s/ *John V. Picone III*
Steven E. Ross                                                John V. Picone III
Lead Attorney                                                 Lead Attorney
Texas State Bar No. 17305500                                  jpicone@hopkinscarley.com
sross@rossipg.com
                                                              **HOPKINS & CARLEY**
Samuel E. Joyner                                              P.O. Box 1469
Texas Bar No. 24036865                                        70 S First Street
sjoyner@rossipg.com                                           Phone: 408-286-9800
                                                              Facsimile: 408-998-4790
**ROSS IP GROUP PLLC**
1700 Pacific Ave., Suite 3750
Dallas, Texas 75201                                           **ATTORNEYS FOR DEFENDANT**
Phone: 972-661-9400                                           **GIINII INTERNATIONAL**
Facsimile: 972-661-9401                                       **CORPORATION**


Wesley Hill
Texas State Bar No. 24032294
wh@wsfirm.com

**WARD & SMITH LAW FIRM**
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231
Phone: 903-757-6400

**ATTORNEYS FOR PLAINTIFF**
**PROFECTUS TECHNOLOGY LLC**

## **CERTIFICATE OF SERVICE**

      In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5(a), I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on September 25, 2012.

                                                 /s/ *Steven E. Ross*
                                                 Steven E. Ross