IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Profectus Technology LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Huawei Technologies Co., Ltd.** *et al.*,<br><br>*Defendants*. | **Case No. 6:11-cv-00474-LED**<br>(Consolidated – Lead Case)<br><br>Jury Trial Demanded |

### JOINT MOTION TO DISMISS WITH PREJUDICE

All claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendant Parrot, Inc. have been settled and, pursuant to Fed. R. Civ. P. 41(a)(2), those parties hereby jointly move the Court to dismiss those claims and counterclaims with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.  This stipulated dismissal with prejudice is pursuant to plaintiff Profectus Technology LLC and defendant Parrot, Inc.'s settlement agreement entered in December of 2012.

Dated:  January 8, 2013.    Respectfully submitted,

/s/ *Steven E. Ross*  
Steven E. Ross  
Lead Attorney  
Texas State Bar No. 17305500  
sross@rossipg.com  

Samuel E. Joyner  
Texas Bar No. 24036865  
sjoyner@rossipg.com  
**ROSS JOYNER PLLC**  
1700 Pacific Ave., Suite 3750  
Dallas, Texas 75201  
Phone: 972-661-9400  
Facsimile: 972-661-9401  

Wesley Hill  
Texas State Bar No. 24032294  
wh@wsfirm.com  
**WARD & SMITH LAW FIRM**  
1127 Judson Road, Suite 220  
Longview, Texas 75606-1231  
Phone: 903-757-6400  

**ATTORNEYS FOR PLAINTIFF PROFECTUS TECHNOLOGY LLC**

/s/ *William B. Nash*  
William B. Nash  
Lead Attorney  
Texas State Bar No. 14812200  
bill.nash@haynesboone.com  
**HAYNES AND BOONE, LLP**  
112 E. Pecan Street, Suite 1200  
San Antonio, Texas 78205  
Phone: 210-978-7000  
Facsimile: 210-978-7450  

**ATTORNEYS FOR DEFENDANT PARROT, INC.**

## **CERTIFICATE OF SERVICE**

       In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5(a), I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on January 8, 2013.

                                              /s/ *Steven E. Ross*
                                              Steven E. Ross