# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Profectus Technology LLC,**　　*Plaintiff*,　v.　**Huawei Technologies Co., Ltd.** *et al.*,　　*Defendants*. | **Case No. 6:11-cv-00474-MHS**　(Consolidated – Lead Case)　Jury Trial Demanded |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendant Panasonic Corporation of North America have been settled and, pursuant to FED. R. CIV. P. 41(a)(2), those parties hereby jointly move the Court to dismiss those claims and counterclaims with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 30, 2013.

Respectfully submitted,

/s/ *Steven E. Ross*
Steven E. Ross
Lead Attorney
Texas State Bar No. 17305500
sross@rossjoynerlaw.com

Samuel E. Joyner
Texas Bar No. 24036865
sjoyner@rossjoynerlaw.com
**ROSS JOYNER PLLC**
1700 Pacific Ave., Suite 3750
Dallas, Texas 75201
Phone: 972-661-9400
Facsimile: 972-661-9401

Wesley Hill
Texas State Bar No. 24032294
wh@wsfirm.com
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75606-1231
Phone: 903-757-6400

**ATTORNEYS FOR PLAINTIFF
PROFECTUS TECHNOLOGY LLC**

Respectfully submitted,

/s/ *Joseph M. Casino*
Joseph M. Casino
AMSTER ROTHSTEIN & EBENSTEIN
90 Park Avenue
New York, NY 10016
Telephone: 212-336-8000
Facsimile: 212-336-8001
jcasino@arelaw.com

Melvin ("Trip") R. Wilcox III
(State Bar No. 21454800)
Yarbrough & Wilcox, PLLC
100 E. Ferguson Street - Suite 1015
Tyler, TX  75702
mrw@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANT
PANASONIC CORPORATION OF
NORTH AMERICA**

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5(a), I hereby certify that all counsel of record are being served with a copy of this document via the Court's ECF system on **August 30, 2013**.

/s/ *Steven E. Ross*
Steven E. Ross