IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Profectus Technology LLC,**  *Plaintiff*, v. **Huawei Technologies Co., Ltd.** *et al.*,  *Defendants*. | **Case No. 6:11-cv-00474-MHS** (Consolidated – Lead Case)  Jury Trial Demanded |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendant Motion Computing, Inc. have been settled and, pursuant to FED. R. CIV. P. 41(a)(2), those parties hereby jointly move the Court to dismiss those claims and counterclaims with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 23, 2014.

Respectfully submitted,

/s/ *Steven E. Ross*
Steven E. Ross
Lead Attorney
Texas State Bar No. 17305500
Samuel E. Joyner
Texas Bar No. 24036865
**ROSS JOYNER PLLC**
1700 Pacific Ave., Suite 3750
Dallas, Texas 75201
Phone: 972-661-9400
Facsimile: 972-661-9401
sross@rossjoynerlaw.com
sjoyner@rossjoynerlaw.com

Martin E. Rose
Texas Bar No. 17253100
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
**ROSE·WALKER, L.L.P.**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  214.752.8600
Facsimile 214.752.8700
mrose@rosewalker.com
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

**ATTORNEYS FOR PLAINTIFF PROFECTUS TECHNOLOGY LLC**

Respectfully submitted,

/s/ *Charles D. Huston*
Charles D. Huston
Lead Attorney
State Bar No. 10328950
DAFFER McDANIEL LLP
Barton Oaks Plaza III, Suite 310
901 South MoPac Expressway
Austin, Texas 78746
Phone: 512-476-1400
Facsimile: 512-703-1250
chuston@dmtechlaw.com

**ATTORNEYS FOR DEFENDANT MOTION COMPUTING, INC.**

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5(a), I hereby certify that all counsel of record are being served with a copy of this document via the Court's ECF system on **May 23, 2014**.

/s/ *Steven E. Ross*
Steven E. Ross