# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **PROFECTUS TECHNOLOGY LLC** | § | |
| | § | |
| v. | § | **Case No. 6:11-cv-474-MHS** |
| | § | **Consolidated—Lead Case** |
| **HUAWEI TECHNOLOGIES CO., LTD., ET AL.** | § | |

### PRELIMINARY ORDER ON SUMMARY JUDGMENT

Before the Court is Defendants' Sealed Motion for Summary Judgment of Noninfringement Regarding the Mountable Limitation (Doc. No. 408). Upon careful consideration of the parties' arguments and the applicable law, the Court finds that Defendants' motion is meritorious. Accordingly, the Court **GRANTS** the Defendants' motion for summary judgment in its entirety, and dismisses all of Plaintiff's pending claims against Defendants. A memorandum opinion will follow in due course.

It is SO ORDERED.

SIGNED this 26th day of August, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE