**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| PROFECTUS TECHNOLOGY LLC § § §  Plaintiff, § § vs. § § HUAWEI TECHNOLOGIES CO., LTD., et al. § § § Defendants. § § | Case No. 6:11-cv-00474-MHS (Consolidated-Lead Case) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
**INVALIDITY COUNTERCLAIMS**

CAME ON THIS DAY for consideration of Defendants' Motion to Dismiss Invalidity Counterclaims in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDICATED AND DECREED that Defendants' invalidity counterclaims asserted in this suit are dismissed without prejudice.

**It is SO ORDERED.**

**SIGNED this 15th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE