# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC | § § | |
| v. | § § | Case No. 6:11-cv-474 |
| HUAWEI TECHNOLOGIES CO., LTD., et al. | § | |

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC | § § | |
| v. | § § | Case No. 6:11-cv-674 |
| MOTOROLA MOBILITY LLC, et al. | § § | |

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC | § § | |
| v. | § § | Case No. 6:11-cv-676 |
| HEWLETT-PACKARD Co., et al. | § § | |

## FINAL JUDGMENT

In accordance with Court's Orders finally resolving all remaining claims (6:11-cv-474, Doc. Nos. Doc. No. 441, 443, 446), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in these cases.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 15th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE