# MERRILL CORPORATION
**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061499 | 12/26/2013 | 1605-109592 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/20/2013 | LDA | |

| CASE CAPTION |
|---|
| Profectus v. Apple |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Robert Fulghum**
**Baker Botts, L.L.P.**
**910 Louisiana**
**Houston, TX 77002**

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:          2,404.36
    Jim Bitetto

                                    TOTAL  DUE  >>>>       2,404.36


Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Dallas, TX.
```

TAX ID NO. : 20-2665382

(713) 229-1260    Fax (713) 229-7960

*Please detach bottom portion and return with payment.*

Robert Fulghum
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

```
Invoice No.:  16061499
Date      :  12/26/2013
TOTAL DUE  :   2,404.36


Job No.   :  1605-109592
Case No.  :
Profectus v. Apple
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**RILL CORPORATION**
**nk, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061467 | 12/23/2013 | 1606-109593 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/20/2013 | LDA | |

| CASE CAPTION |
|---|
| Profectus v. Apple |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tammy Rhodes
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

```
COPY OF VIDEOTAPE RECORDING OF:
    Jim Bitetto - 30(b)(6)                                        .00
        Legalink Viewer       7.50 Hours @      95.00/Hour     712.50
        Shipping & Handling                                     15.00

                             TOTAL   DUE   >>>>                 727.50
```

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Dallas, TX.

014295- 4337

TAX ID NO.:  20-2665382                         (713) 229-1260    Fax (713) 229-7960

*Please detach bottom portion and return with payment.*

Tammy Rhodes
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

```
Invoice No.:  16061467
Date       :  12/23/2013
TOTAL DUE  :      727.50


Job No.    :  1606-109593
Case No.   :
Profectus v. Apple
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

4



**MERRILL CORPORATION**

**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061767 | 01/27/2014 | 1605-109725 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/19/2013 | LDA | 611CV474 |

| CASE CAPTION |
|---|
| Profectus v. Huawei et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Robert Fulghum
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:          773.02
   Frank Bitetto

                              TOTAL   DUE  >>>>      773.02

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Dallas, TX.

TAX ID NO. : 20-2665382                              (713) 229-1260    Fax (713) 229-7960

*Please detach bottom portion and return with payment.*

Robert Fulghum
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

Invoice No.:  16061767
Date       :  01/27/2014
**TOTAL DUE**  :     773.02

Job No.   :  1605-109725
Case No.  :  611CV474
Profectus v. Huawei et al

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061747 | 01/23/2014 | 1606-109726 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/19/2013 | LDA | 611CV474 |

| CASE CAPTION |
|---|
| Profectus v. Huawei et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Roger Fulghum
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana, 32nd Floor
Houston, TX 77002

```
COPY OF VIDEOTAPE RECORDING OF:
    Frank Bitetto
        Legalink Viewer              4.00 Hours @    95.00/Hour       380.00
        Shipping & Handling                                            15.00

                                 TOTAL   DUE   >>>>                    395.00

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Dallas, TX.
```

(713) 229-1234   Fax (713) 229-1522

TAX ID NO. : 20-2665382

*Please detach bottom portion and return with payment.*

Roger Fulghum
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana, 32nd Floor
Houston, TX 77002

Invoice No.: 16061747
Date       : 01/23/2014
**TOTAL  DUE**  :      395.00

Job No.   : 1606-109726
Case No.  : 611CV474
Profectus v. Huawei et al

Remit To:    **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

## MERRILL CORPORATION
### LegaLink, Inc.

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061732 | 01/23/2014 | 1605-109723 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/18/2013 | LDA | 611CV474 |

**CASE CAPTION**

Profectus v. Huawei et al

**TERMS**

Immediate, sold FOB Merrill facility

Robert Fulghum
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

---

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:           1,174.02
    Jim Bitetto

                                    TOTAL   DUE   >>>>     1,174.02

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Dallas, TX.

TAX ID NO. : 20-2665382                          (713) 229-1260    Fax (713) 229-7960

*Please detach bottom portion and return with payment.*

Robert Fulghum
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002

Invoice No.:  16061732
Date        :  01/23/2014
TOTAL DUE   :   1,174.02

Job No.  :  1605-109723
Case No. :  611CV474
Profectus v. Huawei et al

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

**MERRILL CORPORATION**

**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061741 | 01/23/2014 | 1606-109724 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/18/2013 | LDA | 611CV474 |

| CASE CAPTION |
|---|
| Profectus v. Huawei et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Roger Fulghum
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana, 32nd Floor
Houston, TX 77002

```
COPY OF VIDEOTAPE RECORDING OF:
    James Bitetto
        Legalink Viewer             7.00 Hours @      95.00/Hour       665.00
        Shipping & Handling                                             15.00


                                    TOTAL  DUE   >>>>                  680.00
```

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Dallas, TX.

**TAX ID NO. :** 20-2665382

(713) 229-1234    Fax (713) 229-1522

*Please detach bottom portion and return with payment.*

Roger Fulghum
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana, 32nd Floor
Houston, TX 77002

Invoice No.:  16061741
Date      :  01/23/2014
**TOTAL DUE**  :     680.00

Job No.   :  1606-109724
Case No.  :  611CV474
Profectus v. Huawei et al

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# INVOICE



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC  28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69644 | 7/22/2014 | 55968 |
| **Job Date** | **Case No.** | |
| 7/11/2014 | 6:11 CV 00585 MHS | |
| **Case Name** | | |
| Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Roger J. Fulghum, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX  77002

---

1 COPY OF TRANSCRIPT OF:

    V. Thomas Rhyne, Ph.D. - Vol 2                                 1,220.55

                             **TOTAL DUE  >>>**       **$1,220.55**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                               Phone: 713-229-1234    Fax:

---

*Please detach bottom portion and return with payment.*

Roger J. Fulghum, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX  77002

| | |
|---|---|
| Job No.   : 55968 | BU ID    :Texas |
| Case No.   : 6:11 CV 00585 MHS | |
| Case Name : Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. | |
| Invoice No. : 69644 | Invoice Date :7/22/2014 |
| **Total Due** : **$ 1,220.55** | |

**Remit To:** **Huseby, Inc.**
        **P.O. Box 602928**
        **Charlotte, NC  28260-2928**

**PAYMENT WITH CREDIT CARD**     

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69632 | 7/22/2014 | 55967 |

| Job Date | Case No. | |
|---|---|---|
| 7/10/2014 | 6:11 CV 00585 MHS | |

| Case Name | | |
|---|---|---|
| Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Roger J. Fulghum, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

1 COPY OF TRANSCRIPT OF:
    V. Thomas Rhyne, Ph.D.

    1,863.80

**TOTAL DUE  >>>**    **$1,863.80**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

ID: 31-1763752

Phone: 713-229-1234    Fax:

*Please detach bottom portion and return with payment.*

Roger J. Fulghum, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

Job No.   : 55967     BU ID    : Texas
Case No.   : 6:11 CV 00585 MHS
Case Name : Profectus Technology LLC vs. Huawei
             Technologies Co., LTD., et al.

Invoice No. : 69632     Invoice Date : 7/22/2014
**Total Due** : **$ 1,863.80**

### PAYMENT WITH CREDIT CARD   MasterCard VISA

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

To: **Huseby, Inc.**
    **P.O. Box 602928**
    **Charlotte, NC 28260-2928**

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70083 | 7/25/2014 | 55972 |

| Job Date | Case No. |
|---|---|
| 7/17/2014 | 6:11 CV 00585 MHS |

| Case Name |
|---|
| Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Tammy Pennington Rhodes, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

1 COPY OF TRANSCRIPT OF:

    Walter Bratic                                           416.10

                                             **TOTAL DUE  >>>**       **$416.10**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                                             Phone: 713-229-1234    Fax:

*Please detach bottom portion and return with payment.*

Tammy Pennington Rhodes, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

Job No.     : 55972         BU ID       : Texas
Case No.   : 6:11 CV 00585 MHS
Case Name : Profectus Technology LLC vs. Huawei
                  Technologies Co., LTD., et al.

Invoice No.  : 70083      Invoice Date  : 7/25/2014
**Total Due**  : **$ 416.10**

## PAYMENT WITH CREDIT CARD

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Huseby, Inc.**
        **P.O. Box 602928**
        **Charlotte, NC 28260-2928**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71862 | 8/15/2014 | 55974 |

| Job Date | Case No. | |
|---|---|---|
| 7/17/2014 | 6:11 CV 00585 MHS | |

| Case Name |
|---|
| Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Susan Bigler
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

DVD Sync
    Walter Bratic

*016295.4337*

275.00

**TOTAL DUE >>>**     **$275.00**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                       Phone: 713-229-1234     Fax:

---

*Please detach bottom portion and return with payment.*

Susan Bigler
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 55974 | BU ID | :Texas |
| Case No. | : 6:11 CV 00585 MHS | | |
| Case Name | : Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. | | |
| Invoice No. | : 71862 | Invoice Date | :8/15/2014 |
| **Total Due** | : **$ 275.00** | | |

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Huseby, Inc.**
           **P.O. Box 602928**
           **Charlotte, NC 28260-2928**

# INVOICE


**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69997 | 7/25/2014 | 55971 |

| Job Date | Case No. | |
|---|---|---|
| 7/16/2014 | 6:11 CV 00585 MHS | |

| Case Name | |
|---|---|
| Profectus Technology LLC vs. Huawei Technologies Co., LTD., et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Tammy Pennington Rhodes, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

016295.4337

1 COPY OF TRANSCRIPT OF:

    Walter Bratic                                    977.45

                                  **TOTAL DUE >>>**      **$977.45**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                         Phone: 713-229-1234    Fax:

*Please detach bottom portion and return with payment.*

Tammy Pennington Rhodes, Esq.
Baker Botts, LLP
910 Louisiana Street, 34th Floor
One Shell Plaza
Houston, TX 77002

Job No.    : 55971        BU ID    :Texas

Case No.   : 6:11 CV 00585 MHS

Case Name : Profectus Technology LLC vs. Huawei
                  Technologies Co., LTD., et al.

Invoice No. : 69997      Invoice Date :7/25/2014

**Total Due** : **$ 977.45**

**Remit To: Huseby, Inc.**
        **P.O. Box 602928**
        **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**    MasterCard  VISA

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116263 | 6/23/2014 | 45251 |

| Job Date | Case No. | |
|---|---|---|
| 6/11/2014 | 6:11-CV-00474-MHS | |

| Case Name | |
|---|---|
| Profectus Technology, et vs. Huawei Technologies, et al | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Tammy P. Rhodes
BAKER BOTTS, L.L.P.
910 Louisiana, 32nd Floor
Houston TX 77002

1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
    Natan Saad-Lipshitz

                                                                  954.75

**TOTAL DUE  >>>**                                              **$954.75**


O146295,4337


Tax ID: 74-2175895

                                    Phone: (713) 229-1234   Fax:(713) 229-1522

*Please detach bottom portion and return with payment.*

Tammy P. Rhodes
BAKER BOTTS, L.L.P.
910 Louisiana, 32nd Floor
Houston TX 77002

Invoice No.    :  116263
Invoice Date  :  6/23/2014
**Total Due    :  $ 954.75**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

Job No.     :  45251
BU ID       :  1-HOU
Case No.    :  6:11-CV-00474-MHS
Case Name   :  Profectus Technology, et vs. Huawei
               Technologies, et al



**Video Department**

videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410-2133

E.I.N. - 76-0614869

*O14295.4337*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/24/2014 | 14V773WW-1 |

| Bill To |
|---------|
| Baker Botts<br>Ms. Tammy Pennington Rhodes<br>910 Louisiana, Suite 3300<br>Houston, Texas 77002 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 7/24/2014 |

| Description | Amount |
|-------------|--------|
| PROFECTUS TECHNOLOGY  vs.  HUAWEI TECHNOLOGIES | |
| Digitized MPEG Video Files of NATHAN SAAD-LIPSHITZ on 06-11-14 | 325.00 |
| Delivery | 25.00 |

Thank you for your business.

| **Total** | $350.00 |

Handwritten at top: 016295.4337

# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

## VERITEXT
### LEGAL SOLUTIONS

| Bill To: | Tammy Pennington Rhodes, Esq.<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana St.<br>Houston, TX, 77002-4916 | | |
|---|---|---|---|

| | |
|---|---|
| **Invoice #:** | SF2065144 |
| **Invoice Date:** | 6/23/2014 |
| **Balance Due:** | $1,787.75 |

| | |
|---|---|
| **Case:** | Profectus v. Apple |
| **Job #:** | 1873594 \| Job Date: 6/4/2014 \| Delivery: Normal |
| **Billing Atty:** | Tammy Pennington Rhodes, Esq. |
| **Location:** | Steven L. Levitt & Associates, P.C. |
| | 129 Front Street \| Mineola, NY 11501 |
| **Sched Atty:** | Priya B Viswanath, Esq. \| Cooley LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Frank Bitetto | Certified Transcript | Page | 64.00 | $224.00 |
| | Exhibits | Per Page | 17.00 | $11.05 |
| | Rough Draft | Page | 64.00 | $112.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| James Bitetto | Certified Transcript | Page | 212.00 | $742.00 |
| | Exhibits | Per Page | 158.00 | $102.70 |
| | Rough Draft | Page | 212.00 | $371.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,787.75 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,787.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to
### www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2065144 |
| **Job #:** | 1873594 |
| **Invoice Date:** | 6/23/2014 |
| **Balance:** | $1,787.75 |

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | |
|---|---|
| Invoice #: | SF2081752 |
| Invoice Date: | 7/14/2014 |
| Balance Due: | $625.00 |

Bill To: Tammy Pennington Rhodes, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana St.
Houston, TX, 77002-4916

| | |
|---|---|
| **Case:** | Profectus v. Apple |
| **Job #:** | 1873594 \| Job Date: 6/4/2014 \| Delivery: Normal |
| **Billing Atty:** | Tammy Pennington Rhodes, Esq. |
| **Location:** | Steven L. Levitt & Associates, P.C. |
| | 129 Front Street \| Mineola, NY 11501 |
| **Sched Atty:** | Priya B Viswanath, Esq. \| Cooley LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Frank Bitetto | Video - Transcript Synchronization | Per hour | 1.00 | $125.00 |
| James Bitetto | Video - Transcript Synchronization | Per hour | 4.00 | $500.00 |

| | |
|---|---|
| **Invoice Total:** | $625.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $625.00 |

Notes:

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

016295.4337

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** SF2081752 |
| **www.Veritext.com** | **Veritext** | **Job #:** 1873594 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** 7/14/2014 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** $625.00 |

53594

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

ABU DHABI
AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG

**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
WASHINGTON

19 December 2013

TEL: 713.229.1593
FAX: 713.229.7893
susan.bigler@bakerbotts.com

016295.4337

Wong Cabello
20333 SH 249, Suite 600
Houston, Texas 77070
Attn: Mary Connelly

      Re: Profectus v. Huawei

Dear Mary:

    Enclosed please find a check for Dell Inc.'s share ($3,777.31) of 3B Studio, Inc.'s Technology Tutorial and Markman Hearing Support and production invoices.

                    Sincerely,

                    *Susan Bigler*

                    Susan Bigler



## WONGCABELLO

ATTORNEYS AND COUNSELORS AT LAW

*Intellectual Property*

December 16, 2013

*VIA EMAIL*

| | | |
|---|---|---|
| To | : | Dell, Inc. c/o Tammy Pennington Rhodes |
| | | tammy.pennington@bakerbotts.com |
| Invoice # | : | 121113-2 |
| Date | : | 12-16-13 |
| Due Date | : | Upon Receipt |

Description of Services:

Technology Tutorial and Markman Hearing support and production in *Profectus v. Huawei* – 1/8 of costs for services performed by:

|  |  |
|---|---|
| 3B Studio Inc. invoice dated 10-11-13 | $12,798.80 |
| 3B Studio Inc. invoice dated 11-25-13 | 17,419.73 |
| Total | $30,218.53 |

Individual Defendant Cost:  $3,777.31

Supporting documents attached.

**Total Amount Due Upon Receipt:  $3,777.31**

Checks may be made payable to "Wong Cabello" and mailed to the attention of Mary Connelly at the address below.



**3B studio** inc.

.....gation Graphics & Technology Firm

405 Main Street, #1100
Houston, Texas 77002

October 11, 2013

*Sent Via Fedex*

Lou Brucculeri
Wong Cabello
20333 SH 249, Suite 600
Houston, Texas 77070

Re: *Profectus v. Huawei*

Dear Lou:

The enclosed fees are for work performed on the above referenced matter including all support and
production. In addition, any expenses involved while performing the work are included as well.

---

**Invoice Total**

These fees and expenses are inclusive from September 27, 2013, and are complete for all work and
expenses performed on the project to date:

### Invoice Total: $12,798.80

---

**Invoice Summary**

**Fees**

3B Studio bills at an hourly rate based upon the task being performed. Below are the total fees for the
tasks performed during the time for this invoice:

|  |  |
|---|---|
| Graphics Design | $10,880.00 |
| Rate: $170.00 hr | |
| Hours: 64 | |

| | |
|---|---|
| Technical/ Graphics Production<br>Rate: $155.00 hr<br>Hours: 3 | $465.00 |
| Graphics Consultant<br>Rate: $195.00 hr<br>Hours: 1 | $195.00 |
| **Total For Fees** | **$11,540.00** |

**Expenses**

| | |
|---|---|
| **Job Related Expenses**<br>*Prints, Voice-Over* | $1,258.80 |

Lou, we at 3B Studio appreciate the opportunity to have served you and your client on this matter.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453



**studio** inc.

Litigation Graphics & Technology Firm

4 0 5   M a i n   S t r e e t ,   # 1 1 0 0
H o u s t o n ,   T e x a s   7 7 0 0 2

November 25, 2013

*Sent Via Fedex*

Lou Brucculeri
Wong Cabello
20333 SH 249, Suite 600
Houston, Texas 77070

*Re: Profectus v. Huawei*

Dear Lou:

The enclosed fees are for work performed on the above referenced matter including all support and production from September 28, 2013 through the end of the markman.  In addition, any expenses involved while performing the work are included as well.

---

**Invoice Total**

These fees and expenses are inclusive through November 6, 2013, and are complete for all work and expenses performed on the project to date:

**Invoice Total:**               **$17,419.73**

---

**Invoice Summary**

**Fees**

3B Studio bills at an hourly rate based upon the task being performed.  Below are the total fees for the tasks performed during the time for this invoice:

| | |
|---|---|
| Graphics Design<br>Rate:  $170.00 hr<br>Hours:  76.5 | $13,005.00 |

| | |
|---|---|
| Technical/ Graphics Production<br>Rate: $155.00 hr<br>Hours: 6.5 | $1,007.50 |
| Travel to/from Job Site<br>Rate: $75.00 hr<br>Hours: 8 | $600.00 |
| In Court Support<br>Rate: $175.00 hr<br>Hours: 2 | $350.00 |
| **Total For Fees** | **$14,962.50** |

**Expenses**

| | |
|---|---|
| **Job Related Expenses**<br>*Court Boards, Markman Expenses* | **$2,457.23** |

Lou, we at 3B Studio appreciate the opportunity to have served you and your client on this matter.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453